UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCER CAPITAL LTD.,

                Plaintiffs,

    -v-

U.S. DRY CLEANING CORPORATION,

                Defendant.
------------------------------------------------------------X

Index No.: 68 CIV 5763  LTS

**RULE 7.1 STATEMENT**

Pursuant to Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for the plaintiff Mercer Capital Ltd. (a private non-governmental party) certifies that said party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       June 25, 2008

                                  TREUHAFT & ZAKARIN, LLP

                                  By: _____
                                  Norah Hart, Esq.
                                  *Attorneys for Plaintiff*
                                  *Mercer Capital Ltd.*
                                  347 Fifth Ave, Suite 1000
                                  New York, NY 10016
                                  (212) 725-6418