UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MERCER CAPITAL LTD.,

      Plaintiff,

  -v-                                         No. 08 Civ. 5763 (LTS)(JCF)

U.S. DRY CLEANING CORPORATION,

      Defendant.
-----------------------------------------------------------x



### ORDER

      WHEREAS, this action was commenced by the filing of a Complaint on June 26, 2008; and

      WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this court; and

      WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but fails to allege the state citizenship of the members of the partnership Plaintiff ; and

      WHEREAS, for purposes of diversity jurisdiction, the citizenship of an artificial business entity other than a corporation is determined by reference to the citizenship of its members, see C.T. Carden v. Arkoma Associates, 494 U.S. 185 (1990); E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925 (2d Cir. 1998); Keith v. Black Diamond Advisors, Inc, 48 F. Supp. 2d 326 (S.D.N.Y. 1999); and

      WHEREAS, "'subject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power,'" E.R. Squibb & Sons v. Accident & Cas. Ins. Co, 160 F.3d 925, 929 (2d Cir. 1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[w]henever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action;" it is hereby

      ORDERED, that plaintiff shall, no later than ten (10) days from the date of this Order file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
       July 7, 2008

                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge

DIVERSITY.WPD     VERSION 3/13/06