B 151 — Affidavit of Service of Subpoena; Personal or Alternative
Method; Corp. or Ind.; Military Service, 10 pt. type, 1-95

© 1996 JULIUS BLUMBERG, INC.
Publisher, NYC 10013

| COUNTY OF | UNITED STATES DISTRICT COURT |
| --- | --- |
| | SOUTHERN DISTRICT OF NEW YORK |

MERCER CAPITAL LTD.,

*Index No.* 08 CIV 5763 LTS

*Plaintiff(s)*

against

U.S. DRY CLEANING CORPORATION,

*Defendant(s)*

SEE ATTACHED RIDER

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

STATE OF ~~NEW YORK~~ DELAWARE COUNTY OF NEW CASTLE SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at IN THE STATE OF DELAWARE

That on 6/30/08 at 2:33P.M. at 2711 CENTERVILLE ROAD, SUITE 400, WILMINGTON, DE
deponent served the within summons, *and complaint on* U.S. DRY CLEANING CORPORATION
defendant therein named,
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
SEE ATTACHED RIDER

| | | |
|---|---|---|
| ☐ 1. INDIVIDUAL | by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. | |
| ☒ 2. CORPORATION | a DOMESTIC corporation, by delivering thereat a true copy *of each* to MARY DRUMMOND personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof. | |
| ☐ 3. SUITABLE AGE PERSON | by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state. | |
| ☐ 4. AFFIXING TO DOOR, ETC. | by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there | |

| | |
|---|---|
| ☐ 5a. MAILING TO RESIDENCE USE WITH 3 OR 4 | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. |
| ☐ 5b. MAILING TO BUSINESS USE WITH 3 OR 4 | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 6. DESCRIPTION USE WITH 1, 2, OR 3 | ☐ Male ☒ Female | ☐ White Skin ☒ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin | ☐ Black Hair ☒ Brown Hair ☐ Blonde Hair ☐ Gray Hair ☐ Red Hair | ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses | ☐ 14-20 Yrs. ☐ 21-35 Yrs. ☒ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs. | ☐ Under 5' ☐ 5'0"-5'3" ☒ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6' | ☐ Under 100 Lbs. ☒ 100-130 Lbs. ☐ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs. |

Other identifying features:

☐ 7. USE IN NYC CIVIL CT. The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

☐ 8. MILITARY SERVICE I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on June 29, 2008

[signature]

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

Daniel Newcomb
PRINT NAME BENEATH SIGNATURE

License No. _26-5124_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MERCER CAPITAL LTD.,                    Case No. 08 CIV 5763 LTS

                    vs.                 RIDER TO
                                        AFFIDAVIT
U.S. DRY CLEANING CORPORATION,          OF SERVICE

------------------------------------X

LIST OF DOCUMENTS SERVED:

- Summons in a Civil Action;
- Complaint;
- Rule 7.1 Statement;
- Individual Practices of Judge Laura Taylor Swain;
- Individual Practices of Judge Francis;
- Electronic Case Filing Rules & Instructions; and
- Civil Cover Sheet

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MERCER CAPITAL LTD.

V.

U.S. DRY CLEANING CORPORATION

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08 CIV 5763

**JUDGE SWAIN**

TO: (Name and address of Defendant)

U.S. DRY CLEANING CORPORATION
125 E. TAHQUITZ CANYON, Suite 203
PALM SPRINGS, CA 92262

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TENHAFT & ZAKARIN, LLP
347 FIFTH AVENUE, STE 1000
NEW YORK, NY, 10016

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUN 2 6 2008

CLERK                                           DATE

[signature]

(By) DEPUTY CLERK

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/30/08 at 2:33 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel Newcomb | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
U.S. DRY CLEANING CORPORATION - Accepted by Mary Drummond
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19806

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 30, 2008
Date

Signature of Server

233 Broadway #2207
New York, NY 10279
Address of Server

Sworn before me a Notary Public of the State of Delaware on June 30, 2008

[signature]

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X  Case No. 08 CIV 5763 LTS

MERCER CAPITAL LTD.,
                                        RIDER TO
                                        AFFIDAVIT
        vs.                             OF SERVICE

U.S. DRY CLEANING CORPORATION,
--------------------------------X
```

LIST OF DOCUMENTS SERVED:

- Summons in a Civil Action;
- Complaint;
- Rule 7.1 Statement;
- Individual Practices of Judge Laura Taylor Swain;
- Individual Practices of Judge Francis;
- Electronic Case Filing Rules & Instructions; and
- Civil Cover Sheet