UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCER CAPITAL, LTD.,

Plaintiff,

against

U.S. DRY CLEANING CORPORATION

Defendant.

Index No.: 08 Civ. 5763 (LTS)(JCF)

**DECLARATION OF NORAH HART**

Norah Hart, an attorney duly admitted to practice law before the Courts of the United States District Court for the Southern District of New York, herby declares under the penalty of perjury the following statements to be true, or if stated upon information and belief, that I believe them to be true:

1. I am Of Counsel with the law firm of Treuhaft & Zakarin LLP, attorneys for the plaintiff, Mercer Capital, Ltd. ("Plaintiff"). I submit this affirmation in response to this Court's Order to Show Cause dated July 7, 2008 to demonstrate a sufficient basis for this Court's subject matter jurisdiction based upon the diversity of citizenship in accordance with 28 U.S.C. § 1332.

2. I am fully familiar with the facts and circumstances of this action by virtue of my review of the file maintained by this office for the prosecution of this action.

3. The Plaintiff herein is a limited partnership with one General Partner and one Limited Partner. The General Partner is Mercer Capital, Ltd., a Minnesota Corporation with its primary place of business in Minnesota and having an address of 1740 Interlachen Bay, Woodbury, MN 55125. The Limited Partner is an individual, Leonard Demers, a domiciliary of Minnesota, whose address is also 1740 Interlachen Bay, Woodbury, MN 55125.

4. The Defendant, U.S. Dry Cleaning Corporation, is a Delaware corporation with its principal place of business located at 125 E. Tahquitz Canyon, Suite #203, Palm Springs, CA 92262.

5. As such, complete diversity of citizenship exists between the parties.

6. We deeply apologize for our omission of the allegations of the citizenship of the partners of the Plaintiff from the complaint in this matter.

7. Plaintiff respectfully requests that should the Court require an amended complaint that Plaintiff be permitted to file the same after service of the answer in this matter.

Respectfully submitted,

Dated: New York, New York
July 8, 2008

By: ____________________
NORAH HART, ESQ. (NH 5153)