(1 of 2)

To: Noel Hays

From: Rabbi Francis

11:45 — next med at 4

<assn @ mtg'n @ today

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCER CAPITAL, LTD.,

    Plaintiff,

against

U.S. DRY CLEANING CORPORATION

    Defendant.

08 Civ. 5763 (LBS)

## AFFIRMATION OF SERVICE

Norah Hart, Esq., an attorney duly admitted to practice law in the United States District Court of the Southern District of New York, affirms, under penalty of perjury:

On July 11, 2008 affirmant caused to be served by depositing a true and correct copy thereof via certified mail postage prepaid through the U.S. Postal Service, in accordance with the agreement of the parties wherein Defendant waived its right to personal service under the Federal Rules of Civil Procedure the within **Declaration of Norah Hart, Esq.** upon the following:

U.S. Dry Cleaning Corporation
Administrative Offices:
4040 MacArthur Blvd #305
Newport Beach, CA 92660
Phone: (949) 863-9669

Dated: New York, New York
July 11, 2008

Norah Hart, Esq. (NH5153)
Treubath & Zakarin LLP
Attorneys for Plaintiff
Mercer Capital Ltd.
(212) 725-6418