UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MERCER CAPITAL, Ltd.,

        Plaintiff,

-v-                                          No. 08 Civ. 5763 (LTS)(JCF)

U.S. DRY CLEANING CORP.,

        Defendant.                         <u>ORDER</u>
-----------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on June 26, 2008, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

        ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

        ORDERED, that such motion for default judgment shall be served on the defendant and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

        ORDERED, that plaintiff shall serve a copy of this Order on defendant and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       July 25, 2008

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge