James W. Perkins (JWP-6684)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel. No.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

MERCER CAPITAL,

                Plaintiff,

   - against -

U.S. DRY CLEANING CORPORATION,

                Defendant.

----------------------------------------------------------------- x

Case No.: 08 CIV 5763 (LTS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT:

Please enter the appearance of Greenberg Traurig, LLP in this case as counsel for Defendant U.S. Dry Clearing Corporation. By entering this appearance, Defendant does not waive, and expressly reserves any right it may have to appear specially.

Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
       July 29, 2008

                                              Respectfully submitted,

                                              GREENBERG TRAURIG, LLP

                                              By: _____
                                                   James W. Perkins (JWP 6684)
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 801-9200

NY 239,068,400v1

TO:    TRUEHAFT & ZAKARIN, LLP
*Attorneys for Plaintiff*
347 5th Avenue, Suite #1000
New York, New York 10016