James W. Perkins (JWP-6684)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel. No.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
MERCER CAPITAL                                                 :   EFC Case
                                                               :
                            Plaintiff,                         :   Case No.: 08 CIV 5763 (LTS)
                                                               :
            - against -                                        :   **STATEMENT PURSUANT
                                                               :   TO RULE 7.1 OF THE
U.S. DRY CLEANING CORPORATION,                                 :   FEDERAL RULES OF
                                                               :   CIVIL PROCEDURE**
                            Defendant.                         :
-------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant U.S. Dry Cleaning Corporation, a private non-governmental corporate party, certifies that the following are parent corporations or publicly held corporations that own ten (10%) percent or more of its stock (or there is no such corporation):

There is no such corporation.

Dated: New York, New York
       July 29, 2008

                                                    Respectfully submitted,
                                                    GREENBERG TRAURIG, LLP

                                                    By: _____
                                                        James W. Perkins (JWP 6684)
                                                        200 Park Avenue
                                                        New York, New York 10166
                                                        (212) 801-9200

NY 239,071,540v1