# Greenberg Traurig

James W. Perkins, Esq.
(212) 801-3188
perkinsj@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-08

July 29, 2008

VIA FACSIMILE

Honorable Laura Taylor Swain
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

    Re:   *Mercer Capital, Ltd. v. U.S. Dry Cleaning Corp.*
           **08 CV 5763 (LTS)**

Dear Justice Swain:

    We were retained yesterday to act as counsel in the above-captioned matter on behalf of the defendant U.S. Dry Cleaning Corporation. A copy of our notice of appearance is enclosed and it and the Rule 7.1 Statement is being efiled today. We have received a copy of the letter of plaintiff's counsel to the Court dated July 24, 2008 by which counsel requests permission to move for a default judgment. Defendant objects to the filing of any such motion and we request that the Court deny the request given the filing of our notice of appearance.

    We also write the Court to request an extension of time to respond to the complaint. I have a long-planned family vacation beginning at the end of this week and will not be returning to my office until August 18, 2008. I telephoned plaintiff's counsel yesterday, explained my circumstances and requested plaintiff's consent to an extension of time to respond to the complaint until mid-September 2008; however, plaintiff's counsel would not consent to the request.

    We see no prejudice by this requested adjournment to accommodate a personal conflict. We note that the Court *sua sponte* determined that the complaint on its face did not allege subject matter jurisdiction (copy of order enclosed), that plaintiff's counsel recently submitted a declaration seeking to correct that defect, but according to the docket, the Court has not yet made a determination on the issue. The Court's July 7, 2008 order requires that plaintiff "file and serve a supplement to the Complaint" and we are uncertain whether the attorney's declaration that plaintiff filed complies with the order. (For example, how would the defendant answer the statements in the declaration as a matter of pleading?)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com

Honorable Laura Taylor Swain
July 29, 2008
Page 2

Accordingly, a question still remains whether the complaint, as served, is defective in any event.

Under the circumstances, we respectfully request that the Court not permit the filing of the motion for default judgment and grant our request to extend the time for defendant to respond to the complaint to September 12, 2008.

We are available at the Court's earliest convenience to address these issues.

Respectfully submitted,

James W. Perkins

106665.010100 / #239070195v1
Enclosures
cc: Norah Hart, Esq. (w/encl., via facsimile)
    Miriam Zakarin, Esq. (w/encl., via facsimile)

Defendant's time to answer or move is extended to 8/29/08.

SO ORDERED

[signature]
USDJ
7/30/08
Part I

James W. Perkins (JWP-6684)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel. No.: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
MERCER CAPITAL                                  :    Case No.: 08 CIV 5763 (LTS)
:
Plaintiff,          :
:    **NOTICE OF APPEARANCE**
- against -                           :
:
U.S. DRY CLEANING CORPORATION,                  :
:
Defendant.          :
---------------------------------------------------------------- x

TO THE CLERK OF THIS COURT:

Please enter the appearance of Greenberg Traurig, LLP in this case as counsel for Defendant U.S. Dry Cleaning Corporation. By entering this appearance, Defendant does not waive, and expressly reserves any right it may have to appear specially.

Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
July 29, 2008

                                     Respectfully submitted,

                                     GREENBERG TRAURIG, LLP

                                     By: _____
                                         James W. Perkins (JWP 6684)
                                     200 Park Avenue
                                     New York, New York 10166
                                     (212) 801-9200

NY 239,068,400v1

TO: TRUEHAFT & ZAKARIN, LLP
*Attorneys for Plaintiff*
347 5th Avenue, Suite #1000
New York, New York 10016

NY 239,069,400v1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MERCER CAPITAL LTD.,

        Plaintiff,

  -v-

U.S. DRY CLEANING CORPORATION,

        Defendant.
-------------------------------------------------------x



No. 08 Civ. 5763 (LTS)(JCF)

### ORDER

    WHEREAS, this action was commenced by the filing of a Complaint on June 26, 2008; and

    WHEREAS, the Court has reviewed such Complaint to ascertain the basis for assertion of subject matter jurisdiction in this court; and

    WHEREAS, such Complaint asserts that the Court has jurisdiction based on diversity of citizenship (28 U.S.C. § 1332), but fails to allege the state citizenship of the members of the partnership Plaintiff; and

    WHEREAS, for purposes of diversity jurisdiction, the citizenship of an artificial business entity other than a corporation is determined by reference to the citizenship of its members, see C.T. Carden v. Arkoma Associates, 494 U.S. 185 (1990); E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925 (2d Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326 (S.D.N.Y. 1999); and

    WHEREAS, "'subject matter jurisdiction is an unwaivable sine qua non for the exercise of federal judicial power,'" E.R. Squibb & Sons v. Accident & Cas. Ins. Co., 160 F.3d 925, 929 (2d Cir. 1998) (citation omitted), and Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[w]henever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action;" it is hereby

    ORDERED, that plaintiff shall, no later than ten (10) days from the date of this Order file and serve a Supplement to the Complaint containing allegations sufficient to demonstrate a basis for subject matter jurisdiction in this Court or otherwise show cause in writing as to why this case should not be dismissed for lack of subject matter jurisdiction.

Dated: New York, New York
       July 7, 2008

                                                /s/
                                    LAURA TAYLOR SWAIN
                                    United States District Judge

# Greenberg
# Traurig

Transmittal Cover Sheet

| | | | |
|---|---|---|---|
| **Name:** | Honorable Laura Taylor Swain | **Name:** | Norah Hart, Esq. |
| **Company:** | United States District Court Judge | **Company:** | Treuhaft & Zakarin LLP |
| **Fax No.:** | (212) 805-0426 | **Fax No.:** | (212) 725-1116 |
| **Tel No.:** | (212) 805-0417 | **Tel No.:** | (212) 725-6418 |

**Name:** Miriam Zakarin, Esq.
**Company:** Treuhaft & Zakarin LLP
**Fax No.:** (212) 725-1116
**Tel No.:** (212) 725-6418

**FROM**  James W. Perkins, Esq.

**File Number**  106665.010100

**RE:**  *Mercer Capital, Ltd. v. U.S. Dry Cleaning Corp.*, 08 CV 5763 (LTS)

Comments

**Date**  July 29, 2008

**No. Pages**  Including this cover sheet    6

Please notify us immediately if not received properly at 212.801.2253.

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for your postage. Thank you.

MetLife Building, 200 Park Avenue, 15th Floor, New York, New York 10166    Tel. 212.801.9200,  Fax 212.801.6400

NY 239,070,305v1